RUDOLPH M. HAAN, Appellant, *v.* SARAH E. Fox, Respondent.

*Haan* v. *Fox*, 99 App. Div. 624, affirmed.
(Argued March 16, 1906; decided April 3, 1906.)

APPEAL from a final judgment, entered March 15, 1905, upon an order of the Appellate Division of the Supreme

Court in the first judicial department affirming an interlocutory judgment of Special Term sustaining a demurrer to the complaint.

*S. Livingston Samuels* and *Myron H. Oppenheim* for appellant.

*John A. Garver* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.